IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BOBBY JOE HAMPTON                                                              PLAINTIFF

v.                                          Case No. 4:15-cv-04037

WARDEN MARTY BRAZELL;
LIEUTENANT GOLDEN ADAMS;
OFFICER BYRON GRIFFIE; OFFICER
JAMES RAMSEY; SERGEANT MOON;
MILLER COUNTY MEDICAL STAFF                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 28, 2015, by the Honorable

Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  (ECF No. 9).

Judge Bryant recommends certain claims be dismissed from this action pursuant to 28 U.S.C.

§§ 1915(e)(2)(B)(i-iii) and 28 U.S.C. § 1915A(a).  He also recommends that certain Defendants be

dismissed, as no further claims remain against them.

The parties have not filed objections to the Report and Recommendation, and the time to

object has passed.  *See* 28 U.S.C. § 636(b)(1).  The Court adopts the Report and Recommendation

*in toto*.  Accordingly, the Court finds Plaintiff's claims of defamation, claims regarding grievances,

claims regarding failure to intervene, and claims regarding falsifying of disciplinary reports all be

**DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i-iii) and 1915A(a).  Further, as no claims

remain against Defendants Lieutenant Adams, Officer Griffie, and Officer Ramsey, those Defendants

should be dismissed from this action.  Plaintiff's individual and official capacity claims against

Defendants Warden Brazell, Sergeant Moon and Miller County Medical Staff may proceed.

**IT IS SO ORDERED**, this 16th day of June, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

1