IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


BOBBY JOE HAMPTON                                                              PLAINTIFF

        v.                    Civil No. 4:15-cv-04037

WARDEN MARTY BRAZELL;
LIEUTENANT GOLDEN ADAMS;
OFFICER BYRON GRIFFIE;
OFFICER JAMES RAMSEY;
SERGEANT MOON; and
MILLER COUNTY MEDICAL STAFF                                                    DEFENDANTS

## AMENDED ORDER

A Motion to Substitute Counsel (ECF No. 16) has been filed. The Motion (ECF No. 16) is **GRANTED**. Colin Wall is terminated as counsel for Defendant. Jason E. Owens is substituted as counsel for Defendants.

**IT IS SO ORDERED** this 7th day of August 2015.

                                    /s/ Barry A. Bryant
                                  HON. BARRY A. BRYANT
                                  UNITED STATES MAGISTRATE JUDGE