IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BOBBY JOE HAMPTON                                                                      PLAINTIFF

Civil No.4:15-CV-04037-SOH-BAB

WARDEN MARTY                                                                           DEFENDANTS
BRAZELL, ET. AL.

## ORDER

This is a civil rights action filed by Plaintiff, Bobby Joe Hampton, pursuant to the provisions of 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Currently before the Court is Plaintiff's Motion to Request a Subpoena Duces Tecum.

Plaintiff appeared before the Court to testify in his summary judgment motion hearing on Tuesday, February 2, 2016. During the hearing he referenced medical records from the Bi-State Detention Center. He testified he had requested copies of his medical records, but had not received them. Although the Court has no record of such, he testified he had submitted a subpoena request for those records. Based on Plaintiff's testimony, these records are relevant to his claims.

The Court finds good cause is shown for the issuance of the subpoena.

The Clerk is **DIRECTED** to issue subpoena to: Bi-State Detention Center, 100 North State Line Avenue, Texarkana, TX 75501. The subpoena should require the production of the following:

all medical records for Bobby Joe Hampton

The subpoenas should be served by certified mail, return receipt requested. The records shall be produced to the Court no later than **February 29, 2016.** The records should be accompanied by an affidavit from the Records Custodian attesting to the authenticity of the records and be delivered

1

to the United States District Court, Western District of Arkansas, Pro Se Office, 500 North Stateline, Room 302, Texarkana, Arkansas 71854.

If the Bi-State Detention Center has no records fitting the above description they are **DIRECTED** to send an affidavit stating that fact to the Court by **February 29, 2016.**

    **IT IS SO ORDERED this 11th day of February 2016.**

                                      /s/ Barry A. Bryant  
                                      HON. BARRY A. BRYANT  
                                      UNITED STATES MAGISTRATE JUDGE