IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BOBBY JOE HAMPTON                                                                                          PLAINTIFF

v.                                             Case No. 4:15-cv-04037

WARDEN MARTY BRAZELL;
LIEUTENANT GOLDEN ADAMS;
OFFICER BYRON GRIFFIE; OFFICER
JAMES RAMSEY; SERGEANT MOON;
MILLER COUNTY MEDICAL STAFF                                                                           DEFENDANTS

# ORDER

Before the Court is the Report and Recommendation filed July 19, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 50). Plaintiff Bobby Joe Hampton has filed timely objections. (ECF No. 51). The Court finds this matter ripe for its consideration.

Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 28) be granted because (1) Defendant Brazell had no personal involvement in or direct responsibility for any alleged denial of medical care for Plaintiff's ankle; (2) Plaintiff has not alleged sufficient facts to show a custom or policy of the MCDC which violated his constitutional rights; (3) Plaintiff has no constitutional right to an adequate investigation before a disciplinary charge hearing; (4) Plaintiff does not have a Fourth Amendment claim with respect to items which were kept from him while in segregation and then returned to him; and (5) Plaintiff has not shown that he had an objectively serious medical need to which officials were deliberately indifferent.

Plaintiff asserts that Defendant Brazell knew about Plaintiff's ankle because Plaintiff addressed numerous grievances to him and wrote him daily about his ankle pain. However, Plaintiff has not demonstrated that Brazell is directly responsible for his medical care. *See Kulow v. Nix*, 28 F.3d 855, 859 (8th Cir. 1994) ("if any claim of medical indifference . . . is to succeed, it must be

brought against the individual directly responsible for [Plaintiff's] medical care."). Accordingly, this objection is overruled.

For Plaintiff's other objections, it appears that he offers an additional response to Defendants' Motion for Summary Judgment, as summarized by Judge Bryant in the Report and Recommendation (ECF No. 50, p.8), rather than offering objections to any error of law or fact in the Report and Recommendation. Because Plaintiff fails to present any relevant issues of fact of law, the Report should be and hereby adopted is *in toto*. Defendants' Motion for Summary Judgment (ECF No. 28) is **GRANTED**. Plaintiff's Complaint is dismissed with prejudice.

**IT IS SO ORDERED**, this 3rd day of August, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge